# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MILK STREET CAFE, INC., | ) | |
| | ) | |
| *Plaintiff*, | ) | Civil Action No. |
| | ) | |
| v. | ) | |
| | ) | |
| CPK MEDIA, LLC, d/b/a | ) | |
| MILK STREET KITCHEN, | ) | |
| | ) | |
| *Defendant*. | ) | |

## PLAINTIFF MILK STREET CAFE, INC.'S
## MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Milk Street Cafe, Inc. ("Milk Street Cafe") moves this Court for issuance of a Preliminary Injunction pursuant to Fed. R. Civ. P. 65 and Section 34 of the Lanham Act, 15 U.S.C. § 1116, enjoining defendant CPK Media, LLC d/b/a Milk Street Kitchen ("CPK") from using "Milk Street Kitchen" or any other marks that are confusingly similar to Milk Street Cafe's MILK STREET CAFE trademark.

In support of this motion, Milk Street Cafe submits the accompanying Memorandum in Support of Plaintiff Milk Street Cafe, Inc.'s Motion for Preliminary Injunction, the Complaint filed in this action, and supporting declarations and documents.

## REQUEST FOR ORAL ARGUMENT

Pursuant to L.R. 7.1(d), Plaintiff Milk Street Cafe, Inc. believes that oral argument may assit the Court and respectfully requests oral argument on its Motion for Preliminary Injunction.

8770768.1

        Respectfully submitted,

        MILK STREET CAFE, INC.

        By its attorneys,

Dated: July 6, 2016        */s/ Jennifer B. Furey*
        Jennifer B. Furey (BBO No. 634174)
        Andrew T. O'Connor (BBO No. 664811)
        GOULSTON & STORRS PC
        400 Atlantic Avenue
        Boston, Massachusetts 02110
        P: (617) 482-1776
        F: (617) 574-4112
        *jfurey@goulstonstorrs.com*
        *aoconnor@goulstonstorrs.com*

## **RULE 7.1 CERTIFICATION**

Pursuant to LR 7.1(a)(2), counsel for Milk Street Cafe, Inc. certifies that they have conferred with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, which represents CPK Media, LLC, and attempted in good faith to resolve or narrow the issue that is the subject of this Motion.

        */s/ Jennifer B. Furey*
        Jennifer B. Furey

## CERTIFICATE OF SERVICE

I hereby certify that, on July 6, 2016, I electronically filed the foregoing with the Clerk's Office using the Court's CM/ECF system, which will send notification of this filing (NEF) to all registered participants, and paper copies will be sent to those indicated as non-registered participants. I further caused a copy of the foregoing to be served on defendant's counsel, Skadden, Arps, Slate, Meagher & Flom, LLP via first class mail, postage prepaid.

                                                    */s/ Jennifer B. Furey*
                                                   Jennifer B. Furey

8770768.1