UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MILK STREET CAFE, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> CPK MEDIA, LLC, d/b/a <br> MILK STREET KITCHEN, <br><br> *Defendant*. | Civil Action No. 1:16-cv-11416-DJC |

## AFFIDAVIT OF KATHLEEN MAGUIRE

I, Kathleen Maguire, a citizen of the Commonwealth of Massachusetts, declare the following:

1. I have personal knowledge of the matters set forth herein and, if called upon as a witness, I would, and could, testify competently.

2. I frequented Milk Street Cafe in Boston for years with colleagues and friends when I worked in Downtown Boston. We referred to Milk Street Cafe as simply, "Milk Street" when we spoke to each other about going there.

3. I always enjoyed dining at Milk Street because everything was always prepared and presented with great care. The food was delicious and heartwarming and a welcomed respite from office stress. I particularly loved the tuna salad.

4. I am quite familiar with Christopher Kimball and I even own "The Cook's Bible". While I appreciate and even use some of his recipes, I have often felt there was something missing in his extensively researched work. The instructions are grounded in science and his empirical evidence but the processes fail to warm my heart because I am so self-conscious about performing each step with his prescribed "best" technique. It feels like it is all about the science and his perfect techniques, no heart.

5. Around June 1, 2016, I learned that Mr. Kimball was going to open a new cooking school and cooking show in Boston called Milk Street Kitchen. Upon hearing this announcement, I believed immediately that Mr. Kimball had decided to collaborate with Milk Street Café and I was thrilled! That same day, I posted a message on my Facebook page about Mr. Kimball's announcement and stated: "What a great collaboration!" A true and correct copy of an image I took of my June 1, 2016 Facebook posting is attached as Exhibit A.

6. I stated "What a great collaboration" in my Facebook posting because I believed that Mr. Kimball had found the perfect partner in the Milk Street Café. I felt, and still feel, the Milk Street Café is all about creating a heartwarming food experience and this is exactly what I found lacking in Mr. Kimball "best" recipes. It felt like a perfect match.

7. The prospect of this collaboration inspired me to think about signing up for Mr. Kimball's cooking classes and activities through this new Milk Street collaboration. I even hoped they would teach some of the recipes from Milk Street Café, like their wonderful tuna salad.

8. A few weeks later, I read an article in the Boston Globe explaining that Mr. Kimball was <u>not</u> associated with Milk Street Cafe. Upon learning this, I felt stunned and deceived because I had honestly believed that Mr. Kimball and Milk Street Cafe were collaborating; I would have signed up for his cooking classes based on this deception.

I further declare, subject to the penalty of perjury under the laws of the United States and the Commonwealth of Massachusetts that the foregoing is true and correct.

Executed this 15 day of July, 2016 at Newton, Massachusetts.

Kathleen Maguire