UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MILK STREET CAFE, INC.,                          :

                Plaintiff,                :   Civil Action
                                No. 16-11416-DJC
          v.                                        :

CPK MEDIA, LLC, d/b/a                          :
MILK STREET KITCHEN,

                                :
              Defendant.
                                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **STIPULATION AND [PROPOSED] ORDER**

The undersigned parties to this action hereby stipulate and agree that

Defendant shall have until August 11, 2016 to move, answer, or otherwise respond to

Plaintiff's Complaint (Dkt. No. 1).

Dated:    July 28, 2016                         Respectfully submitted,
          Boston, Massachusetts


/s/ Jennifer B. Furey                            /s/ James R. Carroll
Jennifer B. Furey (BBO #634174)        James R. Carroll (BBO #554426)
Andrew T. O'Connor (BBO #664811)       Christopher G. Clark (BBO #663455)
GOULSTON & STORRS PC                   SKADDEN, ARPS, SLATE,
400 Atlantic Avenue                       MEAGHER & FLOM LLP
Boston, Massachusetts 02110            500 Boylston Street, 23rd Floor
(617) 482-1776                         Boston, Massachusetts 02116
jfurey@goulstonstorrs.com              (617) 573-4800
aoconnor@goulstonstorrs.com            james.carroll@skadden.com
                                       christopher.clark@skadden.com

Counsel for Plaintiff
Milk Street Cafe, Inc.                 Counsel for Defendant
                                       CPK Media, LLC



**SO ORDERED:**
                                       _____
                                       Denise J. Casper
                                       United States District Judge


Dated:  _____, 2016



## CERTIFICATE OF SERVICE

        I, James R. Carroll, hereby certify that this document filed through the
CM/ECF system will be sent electronically to the registered participants as identified on
the Notice of Electronic Filing and paper copies will be sent to those indicated as non-
registered participants on July 28, 2016.


Dated:  July 28, 2016                  /s/ James R. Carroll
                                       James R. Carroll

2