UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MILK STREET CAFE, INC.,                         :

        Plaintiff,                         :   Civil Action
                                               No. 16-11416-DJC
    v.                                        :

CPK MEDIA, LLC, d/b/a                           :
MILK STREET KITCHEN,
                                               :
        Defendant.
                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CPK MEDIA, LLC,                                 :

        Counterclaim-Plaintiff,            :

    v.                                        :

MILK STREET CAFE, INC.,                         :

        Counterclaim-Defendant.            :

                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF WITHDRAWAL OF APPEARANCE OF JAMES R. CARROLL

PLEASE TAKE NOTICE that pursuant to Local Rule 83.5.2(c) of the Local Rules of the United States District Court for the District of Massachusetts, James R. Carroll hereby withdraws his appearance as counsel of record for Defendant/Counterclaim-Plaintiff CPK Media, LLC ("CPK Media") in the above-captioned action.

PLEASE TAKE FURTHER NOTICE that attorneys Scott T. Lashway and Christopher M. Iaquinto of Holland & Knight LLP have appeared for and continue to represent CPK Media in the above-captioned action.

Case 1:16-cv-11416-DJC   Document 55   Filed 09/22/16   Page 2 of 2

2

Dated: September 22, 2016                    Respectfully submitted,
Boston, Massachusetts

                                                           /s/ James R. Carroll
James R. Carroll  (BBO #554426)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com

Counsel for Defendant/Counterclaim-Plaintiff
CPK Media, LLC

## CERTIFICATE OF SERVICE

I, James R. Carroll, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 22, 2016.

Dated:  September 22, 2016                    /s/ James R. Carroll
                                                         James R. Carroll

2