UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MILK STREET CAFE, INC., | |
| Plaintiff, | |
| v. | |
| CPK MEDIA, LLC, d/b/a MILK STREET KITCHEN, | |
| Defendant. | Civil Action No. 16-11416-DJC |
| CPK MEDIA, LLC, | **ORAL ARGUMENT REQUESTED** |
| Counterclaim-Plaintiff, | |
| v. | |
| MILK STREET CAFE, INC., | |
| Counterclaim-Defendant. | |

**CPK MEDIA, LLC'S MOTION TO STRIKE THE
TESTIMONY AND REPORT OF RENE BEFURT, PH.D.**

Pursuant to Federal Rules of Evidence 403 and 702, Defendant and Counterclaim-Plaintiff CPK Media, LLC ("CPK Media"), by and through its undersigned counsel, hereby moves this Court for an order to strike the report and proposed testimony of Plaintiff and Counterclaim-Defendant Milk Street Cafe, Inc.'s designated expert Rene Befurt, Ph.D.

The grounds for this Motion are set forth in the accompanying Memorandum Of Law In Support Of Motion To Strike the Testimony and Report of Rene Befurt, Ph.D ("Memorandum"), and the Declaration of Christopher M. Iaquinto In Support Of Motion To Strike the Testimony and Report of Rene Befurt, Ph.D. ("Iaquinto Declaration").[1]

---

[1] The Memorandum Of Law In Support Of Motion To Strike The Testimony And Report Of Rene Befurt, Ph.D. and the Iaquinto Declaration are being filed in redacted form pursuant to Dkt. No. 66, with an unredacted copy filed for *in camera* review.

**WHEREFORE**, CPK Media respectfully requests that the Court grant this Motion and enter an order striking Rene Befurt's report and opinions and excluding him from testifying at trial.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), CPK Media requests oral argument on this motion.

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certifies that counsel for the parties conferred on June 26, 2017 in good faith to resolve or narrow the issues in this Motion.

Dated: June 28, 2017

Respectfully submitted,

/s/ *Dawn L. Rudenko*
Scott T. Lashway  (BBO #655268)
Christopher M. Iaquinto (BBO #685718)
Holland & Knight LLP
10 Saint James Avenue
Boston, Massachusetts 02116
(617) 523-2700
*scott.lashway@hklaw.com*
*christopher.iaquinto@hklaw.com*

Dawn L. Rudenko (BBO #637508)
(*pro hac vice*)
Holland & Knight LLP
263 Tresser Boulevard, Suite 1400
Stamford, Connecticut 06901
(203) 905-4500
*dawn.rudenko@hklaw.com*

### CERTIFICATE OF SERVICE

I, Mackenzie A. Garrity, hereby certify that on June 28, 2017 this document and its accompanying documents filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and an unredacted copy of this document and the accompanying materials will be served by hand on June 29, 2017 upon counsel of record for Milk Street Cafe.

Dated: June 28, 2017          /s/ *Mackenzie A. Garrity*
                              Mackenzie A. Garrity