UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**MILK STREET CAFE, INC.**
      Plaintiff(s)

v.                                      CIVIL ACTION NO. **16-11416-DJC**

**CPK MEDIA, LLC**
      Defendant(s)

### JUDGMENT IN A CIVIL CASE

CASPER, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment for CPK Media, LLC on Plaintiff Milk Street Cafe's claims, Count I, II and III. Judgment in part for CPK Media, LLC on its counterclaim to the extent explained in the Court's Memorandum of Decision dated 8/9/17.

Robert M. Farrell, Clerk

Dated: 8/9/17                                       /s/ Lisa M. Hourihan
                                                                    ( By ) Deputy Clerk

NOTE: The post judgment interest rate effective this date is _____ %.